IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Carole L. Scheib

        Debtor                      Bankruptcy Case No. 13- *97-25582-JKF*

Carole L. Scheib

        Plaintiff

Vs.

Mellon Bank, N.A. as/Bank of New York, Mellon. N.A.

    Defendant(s)

## ORDER OF COURT

AND NOW, to-wit, this_____day of _____, 2013 upon consideration of the foregoing Motion(s) to Re-Open Case

X_____

And Motion for Relief from the Dismissal Order(s)

BY THE COURT:

X_____

Honorable Chief Judge J. Fitzgerald

It is hereby ORDERED, ADJUDGED and DECREED that the Plaintiff's bankruptcy case(s) are OPENED, investigated and Ruled on, based Upon clear, convincing and accurate evidence.