

**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

George Scheib
54 Lawson Street
Crafton, PA 15205

In re:                                              Bankruptcy Case No.: 98 - 22743-JKF
                                                    Chapter: 7

George Scheib
Social Security No.: 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

   Debtor(s)

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Gary L. Smith is discharged as trustee of the estate of the above-named debtor and the bond is cancelled;

   the chapter 7 case of the above named debtor is closed.

Dated: 10/14/98                                     Judith K. Fitzgerald
                                                    U.S. Bankruptcy Judge

#12
FILE

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No.: 00-20056 JKF |
| CAROLE L. SCHEIB | ) | Chapter 13 |
| Debtor | ) | |
| ****************************** | ) | |
| CAROLE L. SCHEIB | ) | |
| Plaintiff | ) | Adversary No.: 00-2172 JKF |
| vs. | ) | |
| MELLON BANK, N.A., and REED J. DAVIS | ) | |
| Defendants | ) | |

ORDER OF COURT

AND NOW, to-wit, this 24 day of Aug, 2000, upon consideration of the foregoing Motion to Dismiss filed on behalf of Defendants, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint filed in the captioned adversary action be and hereby is DISMISSED. Debtor's bankruptcy case is being dismissed by separate order. Debtor must pursue the issues raised about the sale of the property, the eviction or an alleged civil conspiracy (which are state court claims that must be brought in the appropriate state court) in the appropriate state court. This adversary.

BY THE COURT:

JK Fitzgerald

F:\DOCS\11745\970109\00072802.mot rjd mls

C